APPROVED.

*s/ Thomas A. Wiseman Jr.*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CAROLE JENNETTE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 3:09-cv-477** |
| ) | **Judge Wiseman** |
| **KPMG, LLP**, ) | **Magistrate Judge Bryant** |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties have agreed to a compromise with regard to the above-captioned matter and further agree that such matter should be dismissed from this Court with prejudice as to all parties.

Submitted January 29, 2010.

| | |
|---|---|
| s/ Jeffery S. Frensley | s/ Keith D. Frazier |
| Jeffery S. Frensley (BPR No. 017358) | Keith D. Frazier (BPR No. 012413) |
| 211 Third Avenue North | OGLETREE, DEAKINS, NASH, |
| P. O. Box 198288 | SMOAK & STEWART, P.C. |
| Nashville, Tennessee 37219-8288 | 401 Commerce Street, Suite 1200 |
| Telephone: (615) 256-2111 | Nashville, Tennessee 37219 |
| | Telephone: (615) 254-1900 |
| | |
| Attorney for Plaintiff | Attorney for Defendant |
| Carole Jennette | KPMG, LLP |

8138791.1 (OGLETREE)